

FILED
CLERK, U.S. DISTRICT COURT

JUN -2 2017

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lloyd Leyh DEFENDANT(S). | CASE NUMBER 2:17-CR-221-MWF ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___6/7___, _____, at ___10:30___ ☐ a.m. / ☒ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___6/2/17___        _____
                              U.S. District Judge/Magistrate Judge